**FROST v. FROST**

[342 N.C. 410 (1995)]

LINDA FROST v. JERRY LEWIS FROST

No. 33A95

(Filed 8 December 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals in an unpublished opinion, 117 N.C. App. 463, 451 S.E.2d 671 (1994), affirming in part an order entered by Setzer, J., on 15 September 1993, in District Court, Wayne County. On 6 April 1995, the Supreme Court allowed discretionary review of an additional issue. Heard in the Supreme Court 13 November 1995.

*Hollowell & Albertson, P.A., by Shelby Duffy Albertson, for plaintiff-appellee.*

*Craig I. Bryant for defendant-appellant.*

PER CURIAM.

As to the issue on direct appeal based on the dissenting opinion of Greene, J., we affirm the decision of the Court of Appeals. We conclude that the petition for discretionary review as to an additional issue was improvidently allowed.

AFFIRMED IN PART; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART.